IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LORENZO WESLEY,                           §
                                          §
            Plaintiff,                     §
                                          §
v.                                        §        No. 3:25-CV-2746-D
                                          §
BAYLOR SCOTT & WHITE HOSPITAL,            §
et al.,                                   §
                                          §
            Defendant.                    §

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, this action is dismissed for failure to prosecute or follow orders of the court.

**SO ORDERED**.

May 18, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE